

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-76,414

### EX PARTE FRANK ALEXANDER, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 2007CR10812-W2 IN THE 186TH JUDICIAL DISTRICT COURT FROM BEXAR COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of murder and sentenced to forty-four years' imprisonment.

Applicant contends that he was denied the right to appeal his conviction because trial counsel was allowed to withdraw from the representation without being replaced by appointed appellate counsel, despite Applicant's expressed desire to appeal, and trial counsel's request that the trial court appoint counsel to represent Applicant on appeal.

The trial court has determined that Applicant was denied the opportunity to appeal his conviction, and recommends that Applicant be granted an out-of-time appeal in the interest of fairness. We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time appeal of the judgment of conviction in Cause No. 2007CR10812 from the 186th Judicial District Court of Bexar County. Applicant is ordered returned to that time at which he may give a written notice of appeal so that he may then, with the aid of counsel, obtain a meaningful appeal. All time limits shall be calculated as if the sentence had been imposed on the date on which the mandate of this Court issues. We hold that, should Applicant desire to prosecute an appeal, he must take affirmative steps to file a written notice of appeal in the trial court within 30 days after the mandate of this Court issues.

Delivered: September 15, 2010
Do Not Publish